IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAAC MARK RAMIREZ,

    Plaintiff,

v.                                                                              No. CV 14-1107 JH/KBM

GREGG MARCANTEL, et al.,

    Defendant.

ORDER TO SHOW CAUSE

This matter is before the Court on Plaintiff's response (Doc. 8) to the order to cure filing deficiency (Doc. 7). In his response, Plaintiff states that he "acquired the means to pay" the initial filing fee payment and alleges that payment has been made. The docket reflects no payments received. Failure to comply with this Order may result in dismissal of Plaintiff's complaint without further notice. *See Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001); *Cosby v. Meadors*, 351 F.3d 1324, 1327 (10th Cir. 2003).

IT IS THEREFORE ORDERED that, within fourteen (14) days from entry of this Order, Plaintiff make the previously ordered statutory initial partial payment or show cause why this action should not be dismissed.

                                                                         UNITED STATES CHIEF MAGISTRATE JUDGE